IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY SANMIGUEL,<br><br>           Plaintiff,<br><br>     v.<br><br>NGO FINANCIAL SYSTEMS, INC.,<br><br>           Defendant. | 2:09-cv-02146-GEB-DAD<br><br><u>ORDER RE: SETTLEMENT<br>AND DISPOSITION</u> |

         On October 9, 2009 the parties filed a Notice of Settlement in which the parties state "this case has settled" and request that they be given until "on or after November 9, 2009," to file a dispositional document. Therefore, a dispositional document shall be filed no later than November 9, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

         The status conference scheduled for November 2, 2009 is continued to commence at 9:00 a.m. on November 30, 2009, in the event that no dispositional document is filed, or if this action is not

1

1  otherwise dismissed.  Further, a joint status report shall be filed
2  fourteen days prior to the status conference.[1]
3          IT IS SO ORDERED.
4  Dated:  October 14, 2009

6                                  _____
                                   GARLAND E. BURRELL, JR.
7                                  United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify discontinuance of calendering a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).